**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LOLITA D'BAYAN,<br><br>   Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, *et al.*,<br><br>   Defendants. | 2:18-cv-01507-RFB-VCF<br>**ORDER** |

Before the court is Defendant's Emergency Motion for Protective Order (ECF NO. 19).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Emergency Motion for Protective Order (ECF NO. 19) must be filed on or before October 8, 2019. No reply required.

IT IS FURTHER ORDERED that a hearing on Defendant's Emergency Motion for Protective Order (ECF NO. 19) is scheduled for 3:30 PM, October 9, 2019, in Courtroom 3D.

DATED this 4th day of October, 2019.

                     _____
                     CAM FERENBACH
                     UNITED STATES MAGISTRATE JUDGE