MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo.blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LOLITA D'BAYAN, an Individually,<br><br>        Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, a Foreign Corporation, d/b/a EL SUPER, and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>        Defendants. | Case No.: 2:18-cv-01507-RFB-VCF |

**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties, by and through their respective

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form:

Dated: ~~March~~ April 23, 2020

COTTLE LAW FIRM

MATTHEW HOLLAND, ESQ.
Nevada Bar No. 010370
8635 S. Eastern Ave.
Las Vegas, NV 89123
Phone: 702-722-6111
Fax: 702-834-8555
Attorneys for Plaintiff,
Lolita D'Bayan

Dated: March ____, 2020

BAUMAN LOEWE WITT & MAXWELL, PLLC

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant,
Bodega Latina Corporation, dba El Super

Dated: March ____, 2020

SUN LAW GROUP, LLC

J. AMY SUN, ESQ.
Nevada Bar No. 11829
ROBERT W. CURTIS, ESQ.
Nevada Bar No. 09317
6145 Spring Mountain Rd, #201
Las Vegas, NV 89146
Phone: 702-968-9900
Fax: 800-708-9518
Attorneys for Plaintiff,
Lolita D'Bayan

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 23rd day of April, 2020

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form:

Dated: _____, 2020

COTTLE LAW FIRM

_____
MATTHEW HOLLAND, ESQ.
Nevada Bar No. 010370
8635 S. Eastern Ave.
Las Vegas, NV 89123
Phone: 702-722-6111
Fax: 702-834-8555
Attorneys for Plaintiff,
Lolita D'Bayan

Dated: 23rd day of April 2020

BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Bernadette A. Rigo

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorney for Defendant,
Bodega Latina Corporation, dba El Super

Dated: 23rd day of April 2020

SUN LAW GROUP, LLC

/s/ Robert W. Curtis

_____
J. AMY SUN, ESQ.
Nevada Bar No. 11829
ROBERT W. CURTIS, ESQ.
Nevada Bar No. 09317
6145 Spring Mountain Rd, #201
Las Vegas, NV 89146
Phone: 702-968-9900
Fax: 800-708-9518
Attorneys for Plaintiff,
Lolita D'Bayan

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____